UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Civil Case No: 17-11567
                                         Hon. Matthew F. Leitman

vs.

FIFTEEN THOUSAND DOLLARS
($15,000.00) IN U.S. CURRENCY,

        Defendant *in rem*.
_____/

## **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

This matter is before the Court on Plaintiff United States of America's Motion for Entry of Default Judgment in Favor of Plaintiff and Final Order of Forfeiture as to the Defendant *in rem*. The Court has reviewed Plaintiff's Motion and is aware of the facts and circumstances of this action. Based on the foregoing and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

Plaintiff's Motion is **GRANTED** and Default Judgment is entered in favor of the United States of America.

**IT IS HEREBY FURTHER ORDERED** that Default Judgment against Ali Baydoun, Mike Baydoun and Jalal Baydoun, and all other interested parties as to the defendant *in rem*, more particularly described as Fifteen Thousand Dollars

($15,000.00) in U.S. Currency is **GRANTED** and **ENTERED**;

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Ali Baydoun, Mike Baydoun and Jalal Baydoun and all other interested parties, their successors and assigns, in the defendant *in rem*, is forever **EXTINGUISHED** and the defendant *in rem* is **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C); accordingly, a Final Order of Forfeiture as to the Defendant Property is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the United States Marshal's Service, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   September 26, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764